**Order entered January 13, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01193-CR

**BILLY CHEMIRMIR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00289-P**

## ORDER

Before the Court is court reporter David Lauren's January 11, 2023 request for an extension of time in which to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due February 24, 2023.

We **DIRECT** the Clerk to send copies of this order David Laurel, court reporter, and to counsel for all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE